AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
JAN 2 4 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| Grace Dorosz ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-19-CV-1381-DAE |
| Citicorp Credit Services, Inc. (USA) ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** It is therefore Ordered that the Agreed Motion to Compel Arbitration shold be in all things GRANTED and that the current matter be compelled to arbitration pursuant to the agreement of the Parties. It is further ORDERED that the current matter is hereby DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** David A. Ezra

Date: 01/24/2020

CLERK OF COURT   JEANNETTE J. CLACK

_____
*Signature of Clerk or Deputy Clerk*